JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
(702) 240-5191 | (702) 240-5797 facsimile
twilcox@lvlawfirm.com
 *ATTORNEYS FOR PLAINTIFFS*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| The Estate of MARILYN BURGARD, Deceased, by and through KEVIN HORAN its Special Administrator,<br><br>Plaintiff,<br>vs.<br><br>BANK OF AMERICA, N.A., a foreign Corporation; AETNA LIFE INSURANCE COMPANY, a foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X.<br><br>Defendants. | CASE NO.: 2:15-cv-00833-RFD-GWF |

**STIPULATION FOR EXTENSION OF TIME**
**(Second Request)**

Plaintiff is requesting an extension of time to file an Opposition to Defendants Aetna Life Insurance Company and Bank of America's Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim Pursuant to FRCP 12(B)(6) and Motion to Strike Pursuant to FRCP 12(F)filed on May 11, 2015, in this matter. The reasons supporting Plaintiff's request are as follows:

Plaintiff's counsel Jerome R. Bowen, Esq., has had some health issues that have caused delays in

proceeding forward, and given the same, Ms. Banda has had to cover numerous hearings and/or depositions.

Plaintiff requests a one week extension of time to, and including June 18, 2015, to file its Opposition. This is the second extension of time on the Opposition requested by the Plaintiff.

IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have up to and including June 18, 2015 to file their Opposition to Defendants Aetna Life Insurance Company and Bank of America's Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim Pursuant to FRCP 12(B)(6) and Motion to Strike Pursuant to FRCP 12(F)filed on May 11, 2015.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that Defendant shall then have until July 16, 2015 to file any reply brief.

Dated this 11th day of June, 2015.                Dated this 11th day of June, 2015.

/s/ Jerome R. Bowen, Esq.                         /s/ David Gluth, Esq.
JEROME R. BOWEN, ESQ.                             ROBERT S. LARSEN, ESQ.
Nevada Bar No. 4540                               Nevada Bar No. 7785
SARAH M. BANDA, ESQ.                              DAVID GLUTH, ESQ.
Nevada bar No. 11909                              Nevada Bar No. 10596
BOWEN LAW OFFICES                                 GORDON & REES LLP
9960 W. Cheyenne Avenue, Suite 250                3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89129                           Las Vegas, Nevada 89169
Attorney for Plaintiffs                           Attorney for Defendants Aetna Life Insurance Company and Bank of America

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
**United States District Judge**

**DATED: June 17, 2015.**