# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| The Estate of MARILYN BURGARD, Deceased, by and through KEVIN HORAN, its Special Administrator,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A. and AETNA LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:15-cv-00833-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. This matter was stayed pending the decision of Defendants' motion to dismiss. The Court lifted the stay on February 17, 2016 and ordered the parties to file a proposed discovery scheduling order in two weeks. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **March 21, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 9th day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge