JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
(702) 240-5191 | (702) 240-5797 facsimile
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFFS*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| The Estate of MARILYN BURGARD, Deceased, by and through KEVIN HORAN its Special Administrator, <br><br> Plaintiff, <br> vs. <br><br> BANK OF AMERICA, N.A., a foreign Corporation; AETNA LIFE INSURANCE COMPANY, a foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X. <br><br> Defendants. | CASE NO.: 2:15-cv-00833-RFD-GWF |

**STIPULATION AND ORDER EXTENDING THE TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING ERISA PREEMPTION AND ELIGIBILITY FOR BENEFITS**
**(First Request)**

The Parties have stipulated to give Plaintiff a forty-five (45) day extension of time to file the Opposition to Defendants' Motion for Summary Judgment Regarding ERISA Preemption and Eligibility for Benefits (ECF No. 47) in this matter. The reasons supporting this stipulation are as follows: The Honorable Magistrate George Foley, Jr. issued a September 9, 2016 Order, granting

in part and denying in part Defendants' Motion for Protective Order (ECF Nos. 39 and 50). The Honorable Magistrate Foley is permitting Plaintiff to take the deposition of one Rule 30(b)(6) representative and the parties have agreed that it would be most efficient for said deposition to be completed before Plaintiff opposes the Motion for Summary Judgment.

The Parties request a forty-five day extension of time, up to and including, November 3, 2016, for Plaintiff to file its Opposition. This is the first extension of time requested by the Parties related to this Motion (ECF No. 47).

IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have up to and including November 3, 2016, to file its Opposition to Defendants' Motion for Summary Judgment Regarding ERISA Preemption and Eligibility for Benefits (ECF No. 47).

Dated this 19th day of September, 2016.        Dated this 19th day of September, 2016.

/s/ Sarah M. Banda, Esq.                        /s/ Robert S. Larsen, Esq.
JEROME R. BOWEN, ESQ.                           ROBERT S. LARSEN, ESQ.
Nevada Bar No. 4540                             Nevada Bar No. 7785
SARAH M. BANDA, ESQ.                            DAVID GLUTH, ESQ.
Nevada bar No. 11909                            Nevada Bar No. 10596
BOWEN LAW OFFICES                               SARAH TURNER, ESQ. (pro hac vice)
9960 W. Cheyenne Avenue, Suite 250              GORDON & REES LLP
Las Vegas, Nevada 89129                         300 South Fourth Street, Suite 1550
Attorneys for Plaintiffs                        Las Vegas, Nevada 89101
                                                Attorneys for Defendants Aetna Life Insurance
                                                Company and Bank of America

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 29th day of September, 2016.