JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
(702) 240-5191 | (702) 240-5797 facsimile
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFFS*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| The Estate of MARILYN BURGARD, Deceased, by and through KEVIN HORAN its Special Administrator,<br><br>Plaintiff,<br>vs.<br><br>BANK OF AMERICA, N.A., a foreign Corporation; AETNA LIFE INSURANCE COMPANY, a foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X.<br><br>Defendants. | **CASE NO.: 2:15-cv-00833-RFD-GWF** |

## STIPULATION AND ORDER TO ALLOW DEFENDANT TO FILE A SUPPLEMENT TO DEFENDANT MOTION FOR SUMMARY JUDGMENT AND TO ALLOW PLAINTIFF TO FILE ON OMNIBUS OPPOSITION
**(First Request)**

The Parties have stipulated to allow Defendants to file their Supplement to Motion for Summary Judgment (ECF NO. 62-1) which was attached to their Motion for Leave (ECF 62). The parties have further stipulated to that Plaintiff shall have ten (10) judicial days from the date Defendants' file the Supplement and/or from the date the Court grants this Stipulation and Order,

1  whichever is to occur later, to file an Omnibus Opposition to Defendants' Motion for Summary
2  Judgment and Supplement. Defendant shall have fourteen (14) days after the Omnibus Opposition
3  is filed to file a reply brief. The reasons supporting this stipulation are as follows: On November 16,
4  2016, the deposition of Patricia Parker, Bank of America Global Human Resource Services Deliver
5  Manager as the corporate designee, was taken. As such, the parties have obtained the transcripts and
6  exhibits. Further, the request for Plaintiff to file an Omnibus Opposition prevents the need for
7  additional motion work and additional filings later.
8  
9  IT IS STIPULATED AND AGREED by and between the parties that Defendants may file
10 the Supplement to their Motion for Summary Judgment (ECF NO. 62-1).
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Ave, Suite 250
Las Vegas, Nevada 89129
702-240-5191   FAX: 702-240-5797

IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have ten (10) judicial days from the date Defendants file the Supplement and/or from the date the Court grants this Stipulation and Order, whichever is to occur later, to file an Omnibus Opposition to Defendants' Motion for Summary Judgment and Supplement. Defendants shall have fourteen (14) days after the Omnibus Opposition is filed to file a reply brief.

Dated this 15th day of December, 2016.    Dated this 15th day of December, 2016.

/s/Jerome R. Bowen, Esq.                         /s/ Robert S. Larsen, Esq.
JEROME R. BOWEN, ESQ.                   ROBERT S. LARSEN, ESQ.
Nevada Bar No. 4540                             Nevada Bar No. 7785
SARAH M. BANDA, ESQ.                    DAVID GLUTH, ESQ.
Nevada bar No. 11909                            Nevada Bar No. 10596
BOWEN LAW OFFICES                          SARAH TURNER, ESQ. (pro hac vice)
9960 W. Cheyenne Avenue, Suite 250    GORDON & REES LLP
Las Vegas, Nevada 89129                     300 South Fourth Street, Suite 1550
Attorneys for Plaintiffs                            Las Vegas, Nevada 89101
                                                              Attorneys for Defendants Aetna Life Insurance Company and Bank of America

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
United States District Judge

DATED this  2nd day of January, 2017.