JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
(702) 240-5191 | (702) 240-5797 facsimile
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFFS*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| The Estate of MARILYN BURGARD, Deceased, by and through KEVIN HORAN its Special Administrator,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a foreign Corporation; AETNA LIFE INSURANCE COMPANY, a foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X.<br><br>Defendants. | **CASE NO.: 2:15-cv-00833-RFD-GWF** |

**STIPULATION AND ORDER EXTENDING THE TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING ERISA PREEMPTION AND ELIGIBILITY FOR BENEFITS AND SUPPLEMENT**
**(Second Request)**

The Parties have stipulated to give Plaintiff a seven (7) day extension of time to file the Opposition to Defendants' Motion for Summary Judgment Regarding ERISA Preemption and Eligibility for Benefits (ECF No. 47) and Supplement (ECF NO. 65) in this matter. The reasons supporting this stipulation are as follows: Plaintiffs counsel has been out been out of the office as

he has been ill.

The Parties request a seven day extension of time, up to and including, February 2, 2017, for Plaintiff to file its Opposition. The Defendant shall have fourteen (14) days after the Omnibus Opposition is filed to file a reply brief. This is the first extension of time requested by the Parties related to this Motion (ECF No. 47).

IT IS STIPULATED AND AGREED by and between the parties that Plaintiff shall have up to and including February 2, 2017, to file its Opposition to Defendants' Motion for Summary Judgment Regarding ERISA Preemption and Eligibility for Benefits (ECF No. 47) and Supplement (ECF NO. 65 ). The Defendant shall have fourteen (14) days after the Omnibus Opposition is filed to file a reply brief

Dated this 26th day of January, 2017.         Dated this 26th day of January, 2017.

 /s/ Jerome R. Bowen, Esq.                    /s/ Robert S. Larsen, Esq.
JEROME R. BOWEN, ESQ.                         ROBERT S. LARSEN, ESQ.
Nevada Bar No. 4540                           Nevada Bar No. 7785
SARAH M. BANDA, ESQ.                          SARAH TURNER, ESQ. (pro hac vice)
Nevada bar No. 11909                          GORDON & REES LLP
BOWEN LAW OFFICES                             300 South Fourth Street, Suite 1550
9960 W. Cheyenne Avenue, Suite 250            Las Vegas, Nevada 89101
Las Vegas, Nevada 89129                       Attorneys for Defendants Aetna Life Insurance
Attorneys for Plaintiffs                      Company and Bank of America

     IT IS SO ORDERED.              IT IS SO ORDERED:

                                    _____
                                    RICHARD F. BOULWARE, II
                                    United States District Judge
                                    DATED this 31st day of January, 2017.