**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

The Estate of MARILYN BURGARD, Deceased,
by and through KEVIN HORAN, its Special
Administrator,

          Plaintiff,

vs.

BANK OF AMERICA, N.A. and AETNA
LIFE INSURANCE COMPANY,

          Defendants.

Case No. 2:15-cv-00833-RFB-GWF

**ORDER**

     This matter is before the Court on Defendants' Motion to Appear Telephonically for Hearing (ECF No. 75) and Request to Reschedule Hearing Time (ECF No. 77), filed on February 23, 2017. Upon review and consideration, and with good cause appearing therefor,

     **IT IS HEREBY ORDERED** that Defendants' Motion to Appear Telephonically for Hearing (ECF No. 75) is **granted**. Defendants' counsel is instructed to call telephone number: **(888) 251-2909, access code 7771745** five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is **prohibited**. ***The call must be made using a land line.***

     **IT IS FURTHER ORDERED** that Defendants' Request to Reschedule Hearing Time (ECF No. 77) is **denied** without prejudice. The dates and times proposed by Defendants' counsel are unavailable. However, if the parties can agree on an alternative date they may contact the Court to reschedule the hearing. Otherwise, the hearing will proceed as currently scheduled.

     DATED this 24th day of February, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge