JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFFS*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| The Estate of MARILYN BURGARD, Deceased, by and through KEVIN HORAN its Special Administrator,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a foreign Corporation; AETNA LIFE INSURANCE COMPANY, a foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X. | Case No. 2:15-cv-00833-RFB-GWF<br><br>**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEF** |

COMES NOW Plaintiff, The Estate of MARILYN BURGARD, Deceased, by and through KEVIN HORAN its Special Administrator, hereby file this Motion to Extend Time to File Supplemental Brief pursuant to LR6-1.

Pursuant to the above-stated Rule, the Plaintiff requests that they be given an additional one week extension of time to file their supplemental brief per the Court's Minute Order (ECF 81). This request encompasses, that if granted, Defendants receive the benefit of the extension as the Court ordered simultaneous briefing.

Plaintiff attempted to obtain an agreement to extend the supplemental brief deadline from Defendants, but was unsuccessful. However, Defendants' Counsel has informed our office that they

would not be opposing this Motion for additional time.  *See Declaration of Jerome R. Bowen, Esq.*

Therefore, Plaintiff requests a one week extension of time up to, and including March 21, 2017, for the Parties to file the simultaneous supplemental briefing ordered by the court (ECF 81).  This is the first extension of time regarding this briefing.  Thus, this Motion is necessitated in the interests of justice.   Plaintiff brings this motion in good faith without intending to hinder or delay the prompt adjudication of this matter.

DATED this 13th of March, 2017.

**BOWEN LAW OFFICES**

*/s/ Jerome R. Bowen, Esq.*
JEROME R. BOWEN, ESQ.
Nevada Bar No. 004540
SARAH M. BANDA, ESQ.
Nevada Bar No. 011909
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 14th day of March, 2017.

Page 2 of  2

JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
(702) 240-5191 | (702) 240-5797 facsimile
twilcox@lvlawfirm.com
ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| The Estate of MARILYN BURGARD, Deceased, by and through KEVIN HORAN its Special Administrator,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a foreign Corporation; AETNA LIFE INSURANCE COMPANY, a foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X.<br><br>Defendants. | Case No. 2:15-cv-00833-RFB-GWF |

**DECLARATION OF JEROME R. BOWEN, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEF**

I, JEROME R. BOWEN, ESQ., declare as follows:

1. I am owner/principal at Bowen Law Offices, and am duly licensed to practice law in the State of Nevada. I am over the age of eighteen (18) years. I am the lead attorney at Bowen Law Offices who represent Plaintiff in the above-entitled action. I have personal knowledge of the facts set forth herein and I am competent to testify to the same.

2. I have had a death in my family this last weekend out of state, which requires me to be out of the office. Thus, Plaintiff will require additional time to complete, finalize and file the supplemental brief due March 14, 2017. ECF No. 81.

3. Thus, I had requested my office contact Defendants' counsel to obtain an agreement to extend the supplemental brief deadline for one week, but Defendants' counsel would not be able to secure his clients' agreement in time. However, Defendants' counsel has informed our office that they would not be opposing this Motion for additional time.

4. Plaintiff requests a one week extension of time up to, and including, March 21, 2017, for the Parties to file the simultaneous supplemental briefing ordered by the court (ECF No. 81). This is the first extension of time regarding this briefing. This motion is brought in good faith without intending to hinder or delay the prompt adjudication of this matter.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

    /s/ Jerome R. Bowen  
JEROME R. BOWEN, ESQ.

No notarization required pursuant to NRS 53.045