JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
(702) 240-5191 | (702) 240-5797 facsimile
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFFS*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| The Estate of MARILYN BURGARD, Deceased, by and through KEVIN HORAN its Special Administrator,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a foreign Corporation; AETNA LIFE INSURANCE COMPANY, a foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X.<br><br>Defendants. | **CASE NO.: 2:15-cv-00833-RFD-GWF** |

**STIPULATION AND ORDER EXTENDING THE TIME TO FILE**
**JOINT PRETRIAL ORDER**
**(First Request)**

The Parties have stipulated to a extension of time of two (2) additional days to file the Joint Pretrial Order in this matter. The reasons supporting this stipulation are as follows: the Parties wish to provide the Court a complete outline of facts and issues. The Parties have met, discussed matters, and provided input. However, Plaintiffs' counsel has been in several depositions, which has made it difficult for the parties to communicate to finalize the same.

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Ave, Suite 250
Las Vegas, Nevada 89129
702-240-5191  FAX: 702-240-5797

The Parties request a two (2) day extension of time, up to and including, May 15, 2017, for the Parties to file the Joint Pretrial Order. This is the first extension of time requested by the Parties related to the Joint Pretrial Order.

IT IS STIPULATED AND AGREED by and between the parties that the a two (2) day extension of time is requested, up to and including, May 15, 2017, for the Parties to file the Joint Pretrial Order

Dated this 11th day of May, 2017.                    Dated this 11th day of May, 2017.


 /s/ Jerome R. Bowen, Esq.                                 /s/ Robert S. Larsen, Esq.
JEROME R. BOWEN, ESQ.                              ROBERT S. LARSEN, ESQ.
Nevada Bar No. 4540                                         Nevada Bar No. 7785
SARAH M. BANDA, ESQ.                               SARAH TURNER, ESQ. (pro hac vice)
Nevada bar No. 11909                                        GORDON & REES LLP
BOWEN LAW OFFICES                                  300 South Fourth Street, Suite 1550
9960 W. Cheyenne Avenue, Suite 250           Las Vegas, Nevada 89101
Las Vegas, Nevada 89129                              Attorneys for Defendants Aetna Life Insurance
Attorneys for Plaintiffs                                      Company and Bank of America

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 12, 2017