JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
(702) 240-5191 | (702) 240-5797 facsimile
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFFS*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| The Estate of MARILYN BURGARD, Deceased, by and through KEVIN HORAN its Special Administrator,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a foreign Corporation; AETNA LIFE INSURANCE COMPANY, a foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X.<br><br>Defendants. | **CASE NO.: 2:15-cv-00833-RFD-GWF** |

**STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND EXTENSION TO FILE OPPOSITIONS TO MOTIONS IN LIMINE**
**(First Request)**

The Parties hereby stipulate and agree that, based upon a conflict on Plaintiff's counsel's calendar, the Pretrial Conference currently scheduled on June 13, 2017 at 4:00 p.m. shall be continued to the Court's availability the week of June 26, 2017. In addition, the Parties have stipulated to an extension of time of one (1) additional week to file oppositions to motions in limine. The Opposition due date shall be continued from June 8, 2017 to June 15, 2017.

The reasons supporting this stipulation are as follows: Plaintiff's counsel has a conflict with the June 13, 2017 date as he will be out of the country and, as trial counsel, unable to attend in person on that date. This is the first extension of time requested by the Parties related to these matters.

IT IS SO STIPULATED AND AGREED.

Dated this 8TH day of June, 2017.               Dated this 8th day of June, 2017.

*/s/ Jerome R. Bowen, Esq.*                          */s/ Sarah Turner, Esq.*
JEROME R. BOWEN, ESQ.                                ROBERT S. LARSEN, ESQ.
Nevada Bar No. 4540                                  Nevada Bar No. 7785
SARAH M. BANDA, ESQ.                                 SARAH TURNER, ESQ. (pro hac vice)
Nevada bar No. 11909                                 GORDON & REES LLP
BOWEN LAW OFFICES                                    300 South Fourth Street, Suite 1550
9960 W. Cheyenne Avenue, Suite 250                   Las Vegas, Nevada 89101
Las Vegas, Nevada 89129                              Attorneys for Defendants Aetna Life Insurance
Attorneys for Plaintiffs                             Company and Bank of America

IT IS ORDERED that the Pretrial Conference set for June 13, 2017 is vacated and and continued to June 26, 2017 at 4:00 PM in LV Courtroom 7D .

IT IS FURTHER ORDERED that Defendants Aetna Life Insurance Company, Bank of America, N.A.'s [98] Motion to Appear Telephonically is DENIED as moot.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED:  June 8, 2017.