JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
(702) 240-5191 | (702) 240-5797 facsimile
twilcox@lvlawfirm.com
*ATTORNEYS FOR PLAINTIFFS*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| The Estate of MARILYN BURGARD, Deceased, by and through KEVIN HORAN its Special Administrator,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a foreign Corporation; AETNA LIFE INSURANCE COMPANY, a foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X.<br><br>Defendants. | **CASE NO.: 2:15-cv-00833-RFD-GWF** |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-mentioned matter be dismissed with prejudice, each party to bear that party's own costs and attorney's fees.

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Ave, Suite 250
Las Vegas, Nevada 89129
702-240-5191 FAX: 702-240-5797

IT IS SO STIPULATED AND AGREED.

Dated this 4TH day of October, 2017.   Dated this 4th day of October, 2017.

*/s/ Jerome R. Bowen, Esq.*
JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
SARAH M. BANDA, ESQ.
Nevada bar No. 11909
BOWEN LAW OFFICES
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
Attorneys for Plaintiffs

*/s/ Robert S. Larsen, Esq.*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
SARAH TURNER, ESQ. (pro hac vice)
GORDON & REES LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Attorneys for Defendants Aetna Life Insurance Company and Bank of America

## **ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 5th day of October, 2017.

submitted by:

*/s/ Jerome R. Bowen, Esq.*
JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
SARAH M. BANDA, ESQ.
Nevada bar No. 11909
BOWEN LAW OFFICES
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
Attorneys for Plaintiffs